# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127733

FORD MOTOR COMPANY,
      Petitioner-Appellant,

v

                                             SC: 127733
                                             COA: 247186
                                             MTT: 00-294990

TOWNSHIP OF BRUCE,
      Respondent-Appellee.

_____/

      By order of October 19, 2005, the application for leave to appeal was held in abeyance pending the decisions in *Ford Motor Company v City of Woodhaven, City of Sterling Heights, and Township of Bruce* (Docket Nos. 127422, 127423, 127424). On order of the Court, the case having been decided on June 28, 2006, 475 Mich 425 (2006), the application is again considered, and it is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006                     _____
                                            Clerk

l0918